**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

QUNLING ZHANG,

Plaintiff,

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 26-cv-05711

Judge Manish S. Shah

Magistrate Judge M. David Weisman

**Declaration of Zoey Huang**

I, Zoey Huang, declare as follows:

1. I am a law clerk with YK Law LLP and my firm represents Plaintiff Qunling Zhang ("Plaintiff") in this action. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2. On May 26, 2026, this Court entered an Order [14] permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil procedure 4(f)(3) by electronically publishing a link to the Complaint, the Order, and other relevant documents on a website and by sending an e-mail to the e-mail address provided for Defendant by third party that includes a link to said website.

3. I hereby certify that on June 04, 2026, I electronically published the Complaint, Summons, the Order, and other relevant documents on a website.

4. I hereby certify that on June 04, 2026, I served the Defendants identified in Schedule A ("Defendants") by sending an email to each Defendant's email address provided by third-party

platforms with a link to said website and copies of the documents themselves to the email addresses for Defendants. Attached hereto as **Exhibit 1** is a true and correct copy of the Defendants and their corresponding e-mail addresses upon which I served the Complaint, Summons, the Order, and other relevant documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of June 2026 in Los Angeles.

*/s/ Zoey Huang*

Zoey Huang
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: zhuang@yklaw.us