# EXHIBIT 1

**Subject:** Zhang v. The Partnerships, et al.; Case No. 26-cv-05711
**Date:** Thursday, June 4, 2026 at 5:21:45 PM Pacific Daylight Time
**From:** Zoey Huang
**To:** Zoey Huang
**CC:** Faye Deng
**BCC:** haolengdan2365@outlook.com, wangdezhiwdz@outlook.com, chengongchao02@hotmail.com, guyong2@hotmail.com, rongchenhunsha@hotmail.com, haojue202404@outlook.com, xijuldf70@outlook.com, shiyueshiyue2025@163.com, jhddd222fg@outlook.com, gordonpatillo08@outlook.com, zhili3603111@163.com, jx06093070@163.com, ws800808@126.com, shanwang0829@163.com, patromtack@163.com, s15718474690@163.com, dongxx24812@outlook.com, pcttting@outlook.com, zhangzhentao85@outlook.com, eaer3226@outlook.com, houyuqiang7554@outlook.com, xiaobeihuang123@163.com, marcvaliant83@outlook.com, zhaibaoping2025@163.com, niuhaohs@163.com
**Attachments:** Dockets 26cv5711.zip

We represent **Plaintiff Qunling Zhang** in trademark anti-infringing matters. Plaintiff has charged you in the Complaint with violations related to trademark infringement laws.

A copy of the Complaint, Summons, Court Order, and other court files is attached and is also available at < https://yklawusinternetenforcement26cv5711.wordpress.com/>, which will be updated regularly throughout these proceedings. You are advised to seek U.S. legal counsel.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at fdeng@yklaw.us so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, DHgate, Wish.com, Walmart, Amazon, SHEIN, Etsy, and/or Alipay account and/or domain name , and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Regards,
Zoey

**Zoey Huang**, YK Law LLP
213-401-0970 (1010)

**Subject:** Zhang v. The Partnerships, et al.; Case No. 26-cv-05711
**Date:** Thursday, June 4, 2026 at 5:22:23 PM Pacific Daylight Time
**From:** Zoey Huang
**To:** Zoey Huang
**CC:** Faye Deng
**BCC:** dpidea2024@163.com, 3850125361@qq.com, chunbing910119@163.com, wxzi5353@outlook.com, chenziqi197@163.com, wanghailong12123@outlook.com, dagmarwillame069@outlook.com, quanqiuzhijia@163.com, xxk892@outlook.com, watsoncoetc00@163.com, cuquanbji772@163.com, origithong@yeah.net, gjh13076309520@outlook.com, cxf39824@163.com, nulihun7426089@163.com, bmxigtui8@163.com, yettaarnoldauphwz@outlook.com, mikekdwilhitejq@hotmail.com, stfurkkcjvq@126.com, yueazf21@outlook.com, 2078138441@qq.com, lirenyan88@163.com, awe422055@163.com, gyj1guoyajun@outlook.com, 13048808821@163.com
**Attachments:** Dockets 26cv5711.zip

We represent **Plaintiff Qunling Zhang** in trademark anti-infringing matters. Plaintiff has charged you in the Complaint with violations related to trademark infringement laws.

A copy of the Complaint, Summons, Court Order, and other court files is attached and is also available at < https://yklawusinternetenforcement26cv5711.wordpress.com/>, which will be updated regularly throughout these proceedings. You are advised to seek U.S. legal counsel.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at fdeng@yklaw.us so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, DHgate, Wish.com, Walmart, Amazon, SHEIN, Etsy, and/or Alipay account and/or domain name , and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Regards,
Zoey

**Zoey Huang**, YK Law LLP
213-401-0970 (1010)

## DEFENDANT EMAIL ADDRESSES

| No | seller name | Email address |
|---|---|---|
| 1 | Official PhraneMD Arthera | haolengdan2365@outlook.com |
| 2 | Wangdezhi | wangdezhiwdz@outlook.com |
| 3 | GQ Dressstore | chengongchao02@hotmail.com |
| 4 | yangzhouyongde | guyong2@hotmail.com |
| 5 | RongchengHS | rongchenhunsha@hotmail.com |
| 6 | GEVEELIFE | haojue202404@outlook.com |
| 7 | ShenXianHeJunLiangLiangShiShouGouChang | xijuldf70@outlook.com |
| 8 | kun ming pei meng wang luo ke ji you xian gong si | shiyueshiyue2025@163.com |
| 9 | CaiLiXuSiShan | jhddd222fg@outlook.com |
| 10 | FBYjiaju | gordonpatillo08@outlook.com |
| 11 | zhilizhilishop | zhili3603111@163.com |
| 12 | JINGXINUS | jx06093070@163.com |
| 13 | shuangdadress | ws800808@126.com |
| 14 | DONGWAOOK | shanwang0829@163.com |
| 15 | Keyner | patromtack@163.com |
| 16 | Yujiabo-us | s15718474690@163.com |
| 17 | JULY LED | dongxx24812@outlook.com |
| 18 | guyuesmmy | pcttting@outlook.com |
| 19 | ZhenTao825 | zhangzhentao85@outlook.com |
| 20 | SoftRiverHouse | eaer3226@outlook.com |
| 21 | Her+ Official US | houyuqiang7554@outlook.com |
| 22 | Homtoltol | xiaobeihuang123@163.com |
| 23 | CFHUY | marcvaliant83@outlook.com |
| 24 | CILECROCOO | zhaibaoping2025@163.com |
| 25 | NSHERQ | niuhaohs@163.com |
| 26 | Wtongshop | dpidea2024@163.com |

| | | |
|---|---|---|
| 27 | ChengYunk | 3850125361@qq.com |
| 28 | chunbing | chunbing910119@163.com |
| 29 | Shine-Day | wxzi5353@outlook.com |
| 30 | dongguanshifengjiadianzi-771 | chenziqi197@163.com |
| 31 | huihangwangluo | wanghailong12123@outlook.com |
| 32 | ZhengZhouQuWanWanJuYouXianGongSi | dagmarwillame069@outlook.com |
| 33 | Lonelybrave | quanqiuzhijia@163.com |
| 34 | guangzhoumiyashangmaoyouxiangongsi | xxk892@outlook.com |
| 35 | Watsongco | watsoncoetc00@163.com |
| 36 | jiangxianfuyazhuangshigongchengyouxiangongsi | cuquanbji772@163.com |
| 37 | Phil Accessories10s | origithong@yeah.net |
| 38 | Wantooltoy | gjh13076309520@outlook.com |
| 39 | Light in frame | cxf39824@163.com |
| 40 | zhenxijishuyouxiangongsi | nulihun7426089@163.com |
| 41 | fujianhezongxinnengyuankejiyouxiangongsi | bmxigtui8@163.com |
| 42 | ZHOUJINCHISHOP | yettaarnoldauphwz@outlook.com |
| 43 | lihaorandechongwudian | mikekdwilhitejq@hotmail.com |
| 44 | oNBbKdtS | stfurkkcjvq@126.com |
| 45 | yueazf21 | yueazf21@outlook.com |
| 46 | ZHANG SHUN JIE | 2078138441@qq.com |
| 47 | LiRenYan poster | lirenyan88@163.com |
| 48 | JZOXCOxkc | awe422055@163.com |
| 49 | Velvetine | gyj1guoyajun@outlook.com |
| 50 | Bonnor Store | 13048808821@163.com |